**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 647 |
| | : | |
| ORDER ADOPTING NEW RULES 182 | : | SUPREME COURT RULES |
| AND 1182 OF THE RULES OF JUVENILE | : | |
| COURT PROCEDURE | : | DOCKET |
| | : | |
| | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 11th day of September, 2014, upon the recommendation of the Juvenile Court Procedural Rules Committee; the proposal having been published for public comment before adoption at 43 Pa.B. 2306 (April 27, 2013), in the Atlantic Reporter (Third Series Advance Sheets, Vol. 62, No. 3, May 3, 2013, and on the Supreme Court's web-page, and an *Explanatory Report* to be published with this **ORDER**:

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the adoption of new Rules 182 and 1182 of the Rules of Juvenile Court Procedure are approved in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the rules herein shall be effective October 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.